UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS FUENTES and CATALINA VASQUEZ de FUENTES, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 4:24-cv-03332 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | * | |
| Defendant. | * | |

**CERTIFICATE OF INTERESTED PERSONS**

Plaintiff, Luis Fuentes and Catalina Vasquez de Fuentes, through undersigned counsel, hereby certify that the following are persons known by them to be interested parties in this matter:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Luis Fuentes
Catalina Vasquez de Fuentes
Michael Hoover
Interpleader Law, LLC
The Lincoln National Life Insurance Company

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED this 7th day of September, 2024.

Respectfully submitted,

*/s/ Michael Hoover*

Michael J. Hoover (TX No. 24132888)
Southern District Federal I.D. No. 2934952
Interpleader Law, LLC
5800 One Perkins Place Dr., Suite 2A
Baton Rouge, LA 70808
Phone: (225) 246-8706
Fax: (888) 200-3530
Email: michael.hoover@interpleaderlaw.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

☒ I hereby certify that on September 7, 2024, I electronically transmitted the foregoing and any attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Michael J. Hoover*
Michael J. Hoover