AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **4:24-cv-03332**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **The Lincoln National Life Insurance Company**
was recieved by me on **9/12/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Neisha Gross**, who is designated by law to accept service of process on behalf of **The Lincoln National Life Insurance Company** at **211 E 7th St Ste 620, Austin, TX 78701** on **09/12/2024 at 3:01 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 09/12/2024

*Server's signature*

**Andrew Swatzell**
*Printed name and title*

**1108 LAVACA ST.**
**STE 110 - 549**
**AUSTIN, TX 78701**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Neisha Gross who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 35-45 years of age, 5'4"-5'6" tall and weighing 200-240 lbs. Neisha Gross, the Intake Agent at CSC**

Tracking #: **0142875124**