United States District Court
Southern District of Texas
**ENTERED**
~~December~~ 06, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT** ☆ **SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Luis Fuentes and Catalina Vasquez de Fuentes | § | |
| | § | |
| *versus* | § | Civil Action H-24-cv-03332 |
| | § | |
| The Lincoln National Life Insurance Company. | § | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: N/A/ days. Bench ☐ Jury

2. New parties must be joined by: January 10, 2025
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: N/A

4. The defendant's experts must be named with a report furnished by: N/A

5. Discovery must be completed by: February 28, 2025
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by: March 28, 2025
   Responses to dispositive motions filed by: April 28, 2025

7. Non-Dispositive Motions will be filed by: March 28, 2025

8. Parties will mediate the case by: March 7, 2025

******************** **The Court will provide these dates.** ********************

9. Joint pretrial order is due: September 29, 2025
   *The plaintiff is responsible for filing the pretrial order on time.*

10. Pretrial Conference is set for **1:30 p.m.** on: November 3, 2025

11. Trial is set for **9:00 a.m.** on: November 10, 2025
*The case will remain on standby until tried.*

Signed on the 6th day of December 2024.

Yvonne Y. Ho
United States Magistrate Judge