UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS FUENTES and CATALINA VASQUEZ de FUENTES,<br><br>Plaintiffs,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Case No. 4:24-cv-03332 |

# NOTICE OF SETTLEMENT

Please take notice that the parties have agreed to resolution of this matter and are in the process of preparing the necessary closing documents. The parties expect to dismiss the case after execution of the necessary documents within the next 30 days, and request that all current deadlines be suspended pending further order of the Court.

DATED this 24th day of February, 2025.

Respectfully submitted,

*/s/ Michael Hoover*

Michael J. Hoover (TX No. 24132888)
Southern District Federal I.D. No. 2934952
Interpleader Law, LLC
5800 One Perkins Place Dr., Suite 2A
Baton Rouge, LA 70808
Phone: (225) 246-8706
Fax: (888) 200-3530
Email: michael.hoover@interpleaderlaw.com

*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

☒ I hereby certify that on February 24, 2025, I electronically transmitted the foregoing and any attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Michael J. Hoover*
Michael J. Hoover