United States District Court
Southern District of Texas
**ENTERED**
February 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS FUENTES and CATALINA VASQUEZ de FUENTES | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 24-3332 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |

**ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT**

The Court has been informed that a settlement of this action has been reached (see Doc. No. 12). Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next forty-five days.

SIGNED this 25th day of February 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE