UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS FUENTES and CATALINA VASQUEZ de FUENTES, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 4:24-cv-03332 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | * | |
| Defendant. | * | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41(a)(1)(A)(ii). Each party is responsible for its own attorney's fees and costs.

DATED this 14th day of March, 2025.

Respectfully submitted,

*/s/ Michael Hoover*
Michael J. Hoover (TX No. 24132888)
Southern District Federal I.D. No. 2934952
Interpleader Law, LLC
5800 One Perkins Place Dr., Suite 2A
Baton Rouge, LA 70808
Phone: (225) 246-8706
Fax: (888) 200-3530
Email: michael.hoover@interpleaderlaw.com

*Attorneys for Plaintiffs*

*/s/ Iwana Rademaekers*
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

CERTIFICATE OF SERVICE

☒ I hereby certify that on March 14, 2025, I electronically transmitted the foregoing and any attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Michael J. Hoover*
Michael J. Hoover