United States District Court
Southern District of Texas

**ENTERED**

March 20, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS FUENTES, et al | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 24-3332 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |

**ORDER OF DISMISSAL**

In accordance with Plaintiff's Stipulation of Dismissal with Prejudice filed on March 14, 2025 (Doc. No. 14), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED this 19th day of March 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE